# EXHIBIT A

Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search  Back    Location : All Courts   Help

# REGISTER OF ACTIONS
## CASE NO. 2DC-22-0728

| | | |
|---|---|---|
| **LVNV Funding LLC vs. Jennifer Choi** | §<br>§<br>§<br>§<br>§ | **Case Type: Debt Claim**<br>Date Filed: **10/05/2022**<br>Location: **JP2** |

---

### PARTY INFORMATION

| | | **Lead Attorneys** |
|---|---|---|
| **Defendant** | **Choi, Jennifer** | **Brent A Devere**<br>*Retained*<br>512-457-8080(W) |
| **Plaintiff** | **LVNV Funding LLC** | **Paula K Pitter**<br>*Retained*<br>877-215-2552(W) |

---

### EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

| | |
|---|---|
| 11/30/2023 | **Summary Disposition** (Judicial Officer: Williams, Angela)<br>    Comment () |

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 10/05/2022 | **Plaintiff's Original Petition** |
| 10/05/2022 | **E-Filed Initiating Document** |
| 10/12/2022 | **Citation Defendant 1** |
| 10/12/2022 | **Citation** |
| | Choi, Jennifer     Served     10/21/2022 |
| | Returned     10/21/2022 |
| 10/21/2022 | **Answer Due** |
| 11/02/2022 | **Answer Received** |
| 11/07/2022 | **Awaiting Trial** |
| 02/27/2023 | **Trial Date Set** |
| 03/06/2023 | **JURY - Jury Demand** |
| 03/07/2023 | **Continuance** |
| 03/07/2023 | **Awaiting Trial** |
| 04/13/2023 | *CANCELED*   **Bench Trial**  (3:00 PM) (Judicial Officer Williams, Angela)<br>    *By Order* |
| 07/10/2023 | **Motion For Discovery** |
| 07/17/2023 | **Order Granting Motion** |
| 09/13/2023 | **Motion for Summary Disposition** |
| 10/16/2023 | **Hearing Set** |
| 11/30/2023 | **Motion Hearing**  (3:00 PM) (Judicial Officer Williams, Angela) |

**JUSTICE COURT CITATION**

Luis J Pe̶̶̶ ~~PSC~~ 9774

Date __10 / 21 / 2022__

LVNV FUNDING LLC: *Plaintiff*

VS

JENNIFER CHOI : *Defendant*

IN THE JUSTICE COURT

PRECINCT TWO

WILLIAMSON COUNTY

COPY

SERVE:   JENNIFER CHOI   ███████████████   CEDAR PARK TX 78613

**CASE NUMBER: 2DC-22-0728**

THE STATE OF TEXAS
TO THE DEFENDANT Jennifer Choi

**You have been sued.** You may employ an attorney to help you in defending against this lawsuit. But you are not required to employ an attorney. You or your attorney must file a written answer with the court. Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday, or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday, or legal holiday. Do not ignore these papers. If you do not file a written answer by the due date, a default judgment may be taken against you. For further information, consult Part V of the Texas Rules of Civil Procedure, which is available online and also at the court listed on this citation.

**SEE ATTACHED PETITION**

**The attached Petition was filed with the court on 10/05/2022.**

Said demand or claim being fully covered and set out in copy of said "PLAINTIFF'S ORIGINAL PETITION", which is attached hereto and made a part hereof by reference.

The DEFENDANT herein will take notice of all Pleadings now on file herein, or which may hereafter be filed by the Plaintiff and/or any Intervener. Said Plaintiff has reserved the right to plead more fully prior to, at the time of, and during the trial hereof.

WHEREFORE, said Plaintiff prays judgment on said demand and claim referred to, for all writs and orders of the Court applicable, for all costs of Court incurred herein, and for all general and special relief to which Plaintiff may prove to be justly entitled.

**YOU ARE HEREBY ORDERED TO APPEAR BEFORE:**

**EDNA STAUDT, JUSTICE OF THE PEACE, PRECINCT 2, WILLIAMSON COUNTY, TEXAS**
350 Discovery Blvd. #204, Cedar Park, Texas 78613
Phone (512) 260-4210    Fax (512) 260-4215

ISSUED AND GIVEN UNDER MY HAND OFFICIALLY ON THIS THE 12TH DAY OF OCTOBER, 2022.

**Justice Court Clerk**
**Justice of the Peace**
**Pct 2 Williamson County**

Judge / Clerk *SMurdock*

*Plaintiff:*   LVNV Funding LLC

*Plaintiff's Attorney/Agent:*   PAULA K PITTER
SCOTT & ASSOCIATES PC
PO BOX 115220
CARROLLTON TX 75011-5220
214-234-8456

**OFFICER'S RETURN**

CAME TO HAND THIS _____ day of _____ A.D. 20____, _____ O'clock ____.m. and executed this _____ day of _____ A.D.

20___, at _____ o'clock ____.m. by delivering to the above named Defendant. by serving _____

a true copy of this citation and Petition, Exhibits and Brochure (circle one) in person or by mailing and posting a copy of the citation to the Defendant's door.

The address where the defendant was served was _____.

Not served to the Defendant for the reasons set out: _____

_____
Constable/Deputy Constable, Precinct Two, Williamson County, Texas

Filed: 10/5/2022 8:46 AM
Judge Edna Staudt
Justice of the Peace, Precinct 2
Williamson County

**Court Debt Collection Case**

Original Petition

| | | | |
|---|---|---|---|
| **1** Case Style | | **2** Court | 2DC-22-0728 |
| LVNV Funding, LLC<br>Plaintiff<br>vs.<br>Jennifer Choi<br>Defendant | | CASE NUMBER _____<br><br>IN THE WILLIAMSON COUNTY JUSTICE COURT<br>PRECINCT 2 PLACE 1<br>350 Discovery Blvd, #204<br>Cedar Park, TX 78613<br>Ph: (512) 260-4210 | |

### THE PARTIES TO THE LAWSUIT

| | |
|---|---|
| **3** Plaintiff<br>LVNV Funding, LLC | **4** Plaintiff's Capacity<br>a Nevada limited liability company |
| **5** Defendant<br>Jennifer Choi | **7** Co-Defendant |
| **6** Defendant's Address and Phone:<br>▮▮▮▮▮▮<br>Cedar Park, TX 78613<br>or where they may be found. | **8** Co-Defendant's Address and Phone<br><br><br><br>or where they may be found. |

### DETAILS ABOUT PLAINTIFF'S CLAIM

| | | |
|---|---|---|
| **9** Original Creditor:<br>Synchrony Bank | **10** Account Number:<br>XXXXXXXXXXXX1019 | **11** Claim Type:<br>Credit Account |
| **12** Card/Account Name:<br>Amazon.com Store Card | **13** Date Account Opened:<br>October 24, 2012 | **14** Date Acct Closed/Chargeoff:<br>November 3, 2020 |

**15** Claim Detail [Optional]:
Plaintiff's claim is for Account Stated and/or Open Account. The claim arises from a Credit Account entered into by Defendant(s) with Synchrony Bank, Account No. XXXXXXXXXXXX1019 (the Account). The Account is in default and Plaintiff sues herein for actual damages, cost of court and continuing post-judgment interest.

**16** Claim Totals

| | | |
|---|---|---|
| Damages | $ | 1,358.20 |
| Interest | $ | 0.00 |
| Attys Fees | $ | 0.00 |
| **TOTAL** | $ | 1,358.20 |

### IS THIS AN ASSIGNED CLAIM

| | |
|---|---|
| ☒ Plaintiff's Claim Is Assigned    ☐ N/A | PLAINTIFF or PLAINTIFF'S ATTORNEY |
| Plaintiff Acquired the Claim From:<br>Synchrony Bank | Name of Firm [if applicable]:<br>Scott & Associates, P.C. |
| Date of Acquisition:<br>7/28/2021 | Address:<br>P.O. Box 115220<br>Carrollton, Texas 75011-5220 |
| Other Prior Holders of the Claim: | Phone / FAX:<br>Ph: (214) 234-8456<br>Fax: (214) 234-8454 |

### ONGOING INTEREST

| | |
|---|---|
| ☐ Plaintiff Seeks Ongoing Interest    ☒ N/A | Service by email is Authorized    courts@scott-pc.com |
| ☐ Interest is Statutory    and/or    ☐ Interest is Contractual | Date:<br>September 28, 2022 |
| Interest Accrues On What Amount:    Interest Rate: | Signature:<br>/s/ *Paula K. Pitter* |
| Commencing:    Interest Calculated as of: | Digitally signed by Paula K. Pitter<br>DN: o=MJSPC, ou=Legal, uid=198052006<br>Date: 9/28/2022 12:28:29 PM |

### ATTY FEES

| | |
|---|---|
| ☐ Plaintiff Seeks Attorneys Fees | Name:    Paula K. Pitter |
| ☒ Plaintiff Does Not Seek Attorneys Fees | Bar No. [if applicable]:  SBN 24119408 |

Justice Court Debt Collection Case Form (v. 20150701)