# EXHIBIT B



**CAUSE NUMBER: 2DC-22-0728**

| | | |
|---|---|---|
| **LVNV FUNDING, LLC**<br>**Plaintiff** | * | **IN THE JUSTICE OF THE PEACE** |
| | * | |
| **V.** | * | **PRECINCT 2** |
| | * | |
| **JENNIFER CHOI,**<br>**Defendant** | * | **WILLIAMSON COUNTY, TEXAS** |

## ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY DISPOSITION

On this date came before the Court Defendant's Motion for Summary Disposition.

After a review of the evidence, pleadings and arguments of counsel, the Court is of the opinion that Defendant's Motion for Summary Disposition should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant's Motion for Summary Disposition is GRANTED and that all claims against Defendant in this cause are hereby dismissed.

Signed **11/30/2023 12:03:08 PM**

*Angela Williams*
JUDGE PRESIDING